Case 9:24-cv-00050-KLD   Document 16   Filed 07/11/24   Page 1 of 3

FILED
December 15, 2023
CYNTHIA NESTE
Sanders County
Clerk of District Court

By _____
Deputy Clerk

Jenna P. Lyons
REEP, BELL & JASPER, P.C.
P.O. Box 16960
Missoula, Montana 59808-6960
Telephone: (406) 541-4100
Facsimile:  (406) 541-4101
Email:      lyons@westernmontanalaw.com

Attorney for Plaintiff

MONTANA TWENTIETH JUDICIAL DISTRICT COURT,
SANDERS COUNTY

| | |
|---|---|
| WALTER BOLIEU,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN JOHN RAU,<br><br>  Defendant. | Dept. No.: 1<br>Cause No.: DV 23-105<br>**MOLLY OWEN**<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

COMES NOW Plaintiff, by and through his counsel of record, and for his Complaint against Defendant Kevin John Rau alleges and states as follows:

**PARTIES**

1.  At all times relevant to this Complaint, Plaintiff Walter Bolieu ("Walter") was a resident of Sanders County, Montana.

2.  At all times relevant to this Complaint, Defendant Kevin John

Rau ("Mr. Rau") was a resident of Lane County, Oregon.

3. This case involves an automobile collision that occurred on or about May 30, 2023 in Sanders County, Montana.

## JURISDICTION AND VENUE

1. Jurisdiction is proper in this Court.

2. Venue is proper in this Court.

## COUNT ONE: NEGLIGENCE

4. On or about May 30, 2023, Defendant, Mr. Rau operated his vehicle negligently.

5. Mr. Rau crashed into the right side of an automobile driven by Walter near mile marker 95.2 on MT Hwy 200 in Sanders County, Montana.

6. Mr. Rau was negligent and failed to exercise reasonable care, and in doing so, caused injury to Walter.

7. Walter suffered damages general and special as a result of Mr. Rau's negligence.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1. For an award of general damages against Defendant;

2. For an award of special damages against Defendant;

3. For Plaintiff's costs; and

4. For such other and further relief as the Court deems just and proper.

DATED this 13th day of December 2023.

                REEP, BELL & JASPER, P.C.

                By: */s/ Jenna P. Lyons*
                    Jenna P. Lyons
                    Attorney for Plaintiff

## **JURY DEMAND**

COMES NOW Plaintiff, and hereby demands a trial by jury of all issues raised herein.

DATED this 13th day of December 2023.

                REEP, BELL & JASPER, P.C.

                By: */s/ Jenna P. Lyons*
                    Jenna P. Lyons
                    Attorney for Plaintiff