IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WALTER BOLIEU,<br><br>                    Plaintiff,<br><br>vs.<br><br>KEVIN JOHN RAU,<br><br>                    Defendant. | CV 24-50-M-KLD<br><br><br>JUDGMENT |

On April 17, 2025, Defendant, Kevin Rau, served Plaintiff Walter Bolieu, by mail, an offer of judgment pursuant to Fed. R. Civ. P. 68, to have judgment entered against Rau in the amount of $104,445.00, total money. The offer was a total money offer that included previous payments, allowing for a credit in the amount $91,147.25, and leaving the sum of $13,297.75 due to Bolieu. The offer was inclusive of all interest, costs, or fees that are at issue, accrued, or may otherwise be recoverable. (Doc. 39). On April 29, 2025, Bolieu accepted the Offer. (Doc. 37). Proof of service of the offer and Bolieu's timely acceptance of the same has been filed with the Clerk of Court.

There being no dispute that the offer and its acceptance by Bolieu resolves the disputed remaining issues, and further being no dispute that judgment may be entered in accordance with Rau's Offer,

1

IT IS ORDERED that judgment is entered against Rau, and in favor of Bolieu, in the amount of $104,445.00, total money.

IT IS FURTHER ORDERED that Rau is entitled to a credit for amounts previously paid in the amount of $91,147.25, leaving the sum of $13,297.75 due, owing and payable to Bolieu, together with interest thereon as provided by law which shall accrue until fully paid. Each party shall bear their own fees and costs incurred.

DATED this 12th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge